[Crim. No. 1644.   First Appellate District, Division One.—September 19, 1931.]

In the Matter of the Application of WILLIAM H. HARKINS for a Writ of Habeas Corpus.

Fred W. Comba for Petitioner.

THE COURT.— It is the claim of the petitioner that the evidence is insufficient to support the order. The petitioner has presented no transcript of the testimony. The writ is denied under the authority of *In re Rasmussen,* 56 Cal. App. 368 [205 Pac. 72], and *Brune* v. *Superior Court,* 113 Cal. App. 21 [297 Pac. 566].